IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON LAMAR FOSTER,                      No. 2:04-cv-2281-MCE-DAD-P

      Petitioner,

  v.                                     <u>ORDER</u>

WARDEN SCRIBNER, et al.,

      Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 18, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

Neither party has filed Objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 18, 2006, are adopted in full;

2. Petitioner's June 15, 2005 Motion for Writ of Mandate/Prohibition is denied;

3. Respondents' March 15, 2005 Motion to Dismiss is granted; and

4. This action is dismissed with prejudice because the petition presents only unexhausted claims and was filed beyond the one-year statute of limitations.

DATE: March 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE